588 A.2d 1227

IN THE MATTER OF MARTIN W. YAZGIER, AN
ATTORNEY AT LAW.

April 19, 1991.

## ORDER

MARTIN W. YAZGIER of EAST BRUNSWICK, who was admitted to the bar of this State in 1974, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that MARTIN W. YAZGIER is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by MARTIN W. YAZGIER, pursuant to *Rule* 1:21-6, which funds were restrained from disbursement by this Court's Order of November 30, 1990, shall be transferred by the financial institution to the Clerk of the Superior Court who is directed to deposit the funds in the Superior Court Trust Fund, pending the further Order of this Court; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with disbarred attorneys.